NO._____

| | | | |
|---|---|---|---|
| ALFRED LEE RICE,<br>APPELLANT, | $ | IN THE COURT OF | |
| V. | $ | CRIMINAL | |
| THE STAE OF TEXAS | $ | APPEALS OF TEXAS | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

MOTION TO SUSPEND RULE 9.3(b)

TO THE HONORABLE OCURT OF CRIMINAL APPEALS OF TEXAS:

NOW COMES, Alfred Lee Rice, appellant respectfully presenting this foregoing motion to suspend rule 9.3(b) which would require him to send (11)-copies of his Petition For Discretionary REVIEW, and allow his to be required to send only one copy of his (PDR), and in support present's the following in support;

FILED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

1). Appellant does not have access to a copy machine, and there no way to obtain copies here on the unit.

2). Appellant does not have the funds to pay for out-side service to pay to have copies made, nor does he have the funds if such services were available.

3). Appellant is appealing a couviction fron the 142th District Court, Midland County, cause number is Cr41089, and he appealed to the 11th Court of Appeals cause #11-13-00302-CR.

Appellant respectfully present's this motion, and ask the court to grant appellant's request.

RESPECTFULLY SUBMITTED

ALFRED LEE RICE#1888258

CERTIFICATE OF SERVICE

I certify the a true and correct copy of the foregoing motion was sent to the Court of Appeals for the 11th District.

ALFRED LEE RICE # 1888258
ALLEN POLUNSKY UNIT
3872 F.M. 350 South
LIVINGSTON, TEX. 77351

(1)